AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## DISTRICT OF MARYLAND

05 - 0488M - 01.

UNITED STATES OF AMERICA

v.

CYNTHIA DONNETTE McCLEARY

WARRANT FOR ARREST

CASE NUMBER 03-2197M

**FILED**

SEP 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Cynthia Donnette McCleary

and bring her forthwith to the nearest magistrate to answer a complaint

charging her with theft

in violation of 18 U.S.C. §661

_Charles B. Day_
Name of Magistrate Judge

_/s/ Charles R. Day_
Signature of Magistrate Judge

United States Magistrate Judge

July 2, 2003, Greenbelt, Maryland
Date and Location

by _UNITED STATES MAGISTRATE JUDGE_
Name of Judicial Officer

Bail fixed at $ _____

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-7-05 | REDACTED Sean McLeod SDUSM | REDACTED Sean McLeod SDUSM |
| DATE OF ARREST 9-8-05 | | |