# UNITED STATES DISTRICT COURT
## District of Maryland

UNITED STATES OF AMERICA

v.

CYNTHIA DONNETTE McCLEARY

CRIMINAL COMPLAINT

CASE NUMBER 03-2197M

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 16, 2002, in Montgomery County, in the District of Maryland, on lands within the special maritime and territorial jurisdiction of the United States, defendant did, knowingly, wilfully and intentionally take and carry away, with intent to steal, the personal property of another, to wit: jewelry belonging to Alan Levin, in violation of 18 U.S.C. §661.

I hereby certify that I am a federal police officer, and that the facts upon which this complaint is based are as follows:

On April 10, 2003, Alan Levin, a vendor at the National Institutes of Health, reported a theft that had occurred in December, 2002. He reported that on December 16, 2002, Cynthia Donnette McCleary, who at the time was working as a security guard at NIH for Knight Protective Service, wrote him a check in the amount of $51.45 for jewelry. Mr. Levin is a vendor at NIH.

Mr. Levin submitted the check to the Library of Congress Federal Credit Union for deposit in his personal account, along with other personal checked. On December 26, 2002, mcCleary's check was returned to Mr. levin, stamped "Account Closed," and Mr. Levin was charged $20 for handling of his check. He made several attempt to contact the defendant at her sister's home, but got no response from the defendant. He left several messages.

I made several attempts to contact McCleary, using the information the defendant had given Mr. Levin. I spoke with someone who identified herself as Cynthia McCleary's sister and to an unidentified male, who said Dynthia McCleary did not live there, but comes by on occassion. She never called back. I called the bank the check was written on, Allfirst Bank, to check Ms. McCleary's account #:             I was told the checking account had been closed since November of 2000.

The check was passed at NIH in Bethesda, Maryland, on lands within the special maritime and territorial jurisdiction of the United States.

*Herman H. Johnson*
Det. Herman Johnson, 301-594-1635
NIH Police

Sworn to before me and subscribed in my presence,

_July 2, 2003_ at Greenbelt, Maryland
Date
United States Magistrate Judge
United States District Court

Signature of Judicial Officer